459 A.2d 22

Commonwealth v. Haley, Appellant.

Petition for Allowance of Appeal
Denied June 22, 1983.

 Submitted January 6, 1983. Alfred VerDerose, for appellant; Frank Capaldo, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

The judgment of sentence is affirmed.